IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:08CR3103 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| JOSE IVAN GARCIA-SANCHEZ, | ) | |
| | ) | |
| Defendant. | ) | |

   IT IS ORDERED that the government's motion for extension of time (filing 28) is granted. The government shall file its response to the defendant's objections on or before December 1, 2008.

   November 17, 2008.            BY THE COURT:

                                 s/ *Richard G. Kopf*
                                 United States District Judge